# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)

Leen, Peggy A. | 2. Court or Organization

U.S. District Court, Nevada | 3. Date of Report

5/16/2016 |
|---|---|---|

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Full Time Magistrate Judge

**5a. Report Type** (check appropriate type)

☐ Nomination    Date
☐ Initial    ☑ Annual    ☐ Final

**5b.** ☐   Amended Report

**6. Reporting Period**

01/01/2015
to
12/31/2015

**7. Chambers or Office Address**

Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard South, #3071
Las Vegas, Nevada 89101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leen, Peggy A. | 5/16/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | COALSP | October 1-2, 2015 | Denver, CO | Speak on ESI practice pointers and pitfalls to avoid. | Travel and lodging. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leen, Peggy A. | 5/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Clark Co. Credit Union | A | Interest | K | T | | | | | |
| 2. IRA Acct. #1 Consisting of: | | | | | | | | | |
| 3. Prudential World Fund Int'l Equity, f.k.a. Prutential Int'l Value Fund | A | Dividend | J | T | | | | | |
| 4. Virtus Opp. Multi Sector Bond Fund (C) | B | Interest | K | T | | | | | |
| 5. Europacific Gr. Fd. | C | Dividend | M | T | | | | | |
| 6. Prudential Utility Fund | C | Dividend | M | T | | | | | |
| 7. Jennison Mid-Cap Growth Fd. | | None | L | T | | | | | |
| 8. Jennison 20/20 Focua (A) | | None | K | T | | | | | |
| 9. Prudential Global Total Return Fund | B | Dividend | K | T | | | | | |
| 10. Money Market Fund - Wells Fargo Bank, NA | A | Dividend | K | T | | | | | |
| 11. Fundamental INVS (A) | C | Dividend | N | T | | | | | |
| 12. Growth Fund Amer (A) | A | Dividend | M | T | | | | | |
| 13. Investment Co. Amer (A) | C | Dividend | M | T | | | | | |
| 14. Prudential Financial Services Fund | A | Dividend | K | T | | | | | |
| 15. Jennison Health Services Fund (A) | | None | L | T | | | | | |
| 16. Prudential Invest. Portfolio Balanced fka Prudent'l Asset Allocat'n Fd | B | Dividend | M | T | | | | | |
| 17. Prudential Invest Port | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Powershares QQQ | A | Dividend | K | T | | | | | |
| 19. SH CVX | A | Dividend | J | T | | | | | |
| 20. SH XOM | A | Dividend | J | T | | | | | |
| 21. Brokerage Acct. Consisting of: | | | | | | | | | |
| 22. SH ADM | A | Dividend | K | T | | | | | |
| 23. SH CB | A | Dividend | L | T | | | | | |
| 24. SH KO | A | Dividend | K | T | | | | | |
| 25. SH INTL | A | Dividend | J | T | | | | | |
| 26. SH TGT | B | Dividend | L | T | | | | | |
| 27. Prudential Invest. Portfolio Balanced fka Prudent'l Asset Allocat'n Fd | A | Dividend | J | T | | | | | |
| 28. Jennison Blend Fund A | | None | M | T | | | | | |
| 29. Prudential World Int'l Equity Fund | A | Dividend | K | T | | | | | |
| 30. Prudential Large Cap Core Equity | B | Dividend | N | T | | | | | |
| 31. Prudential Utility Fund | C | Dividend | N | T | | | | | |
| 32. Jennison 20/20 | | None | M | T | | | | | |
| 33. Deutsche Mkt GL Inc. Builder f.k.a. DWS Balance Fund | C | Dividend | L | T | | | | | |
| 34. Money Market Fund - Wells Fargo Bank, NA | A | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leen, Peggy A. | 5/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SH Prudential Financial | A | Dividend | K | T | | | | | |
| 36. Harrison NJ REF-SERC G/O UNLTD SCH BD RES FD | | None | L | T | | | | | |
| 37. SOUTH BEND IN SEW WORKS REV | C | Interest | M | T | | | | | |
| 38. KANSAS ST DEV FIN AUTH REV UNIV OF KS LAW | C | Interest | M | T | | | | | |
| 39. KANKAKEE RIV MET AGY IL SEW TREATMENT FAC REV | C | Interest | M | T | | | | | |
| 40. SOUTHMORELAND SCH DIST PA UNREFUNDED BALANCE | C | Interest | M | T | Redeemed | 4/1/2015 | M | A | |
| 41. DALLAS, TX UNREFUNDED & PRERE FUNDED BALANCE RFDG&IMPT | C | Interest | M | T | | | | | |
| 42. KANSAS ST DEV FIN AUTH REV UNIV OF KS LAW | C | Interest | M | T | | | | | |
| 43. Virtus Opp Multi Sector Bond Fund (C) | D | Interest | M | T | | | | | |
| 44. Virtus Opp Multi Sector Bond Fund (A) | D | Interest | N | T | | | | | |
| 45. Comenity Bank CD | B | Interest | L | T | | | | | |
| 46. Mass Mutual Deferred Compensation Program | | None | M | T | | | | | |
| 47. Pacific Life Ins. (See Part VIII) | D | Interest | M | T | | | | | |
| 48. Nationwide Annuity | | None | N | T | | | | | |
| 49. USAA Bank Account ("y") (See Part VIII) | A | Interest | J | T | | | | | |
| 50. Nevada State Bank | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leen, Peggy A. | 5/16/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

47. Life Insurance Policy with account (cash) code M. Interest income to the account in 2015 was value code D. A portion of the interest pays the annual premium.

49. Account has less than $5,000 aggregate value and generates less than $200 in annual income.

| Name of Person Reporting | Date of Report |
|---|---|
| Leen, Peggy A. | 5/16/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Peggy A. Leen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544